1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10    NICHOLAS CHERNOBIEFF, JR.,

11            Petitioner,                        No. CIV S-09-1033 EFB P

12        vs.

13    JAMES WALKER, Warden,

14            Respondent.                        ORDER

15    _____/

16        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus.

17    *See* 28 U.S.C. § 2254.  Petitioner has paid the filing fee.

18        A judge "entertaining an application for a writ of habeas corpus shall forthwith award the

19    writ or issue an order directing the respondent to show cause why the writ should not be granted,

20    unless it appears from the application that the applicant or person detained is not entitled

21    thereto."  28 U.S.C. § 2243.  It is not apparent from the face of the application that the petitioner

22    is not entitled to relief.

23        Petitioner has requested that the court appoint counsel.  There currently exists no

24    absolute right to appointment of counsel in habeas proceedings.  *See Nevius v. Sumner*, 105 F.3d

25    453, 460 (9th Cir. 1996).  The court may appointment counsel at any stage of the proceedings "if

26    the interests of justice so require."  *See* 18 U.S.C. § 3006A; *see also*, Rule 8(c), Rules Governing

1

1   Section 2254 Cases.  The court does not find that the interests of justice would be served by the

2   appointment of counsel at this stage of the proceedings.

3          Accordingly, it is hereby ordered that:

4          1.  Respondent shall file and serve either an answer or a motion in response to

5   petitioner's application within 60 days from the date of this order.  *See* Rule 4, Fed. R.

6   Governing § 2254 Cases.  Any response shall be accompanied by any and all transcripts or other

7   documents relevant to the determination of the issues presented in the application.  *See* Rules 4,

8   5, Fed. R. Governing § 2254 Cases.

9          2.  Petitioner's reply, if any, shall be filed and served within 30 days of service of an

10  answer.

11         3.  If the response to petitioner's application is a motion, petitioner's opposition or

12  statement of non-opposition shall be filed and served within 30 days of service of the motion,

13  and respondents' reply, if any, shall be filed within 15 days thereafter.

14         4.  The Clerk of the Court shall serve a copy of this order together with a copy of

15  petitioner's April 16, 2009, petition for a writ of habeas corpus with any and all attachments on

16  Michael Patrick Farrell, Senior Assistant Attorney General for the State of California.  The Clerk

17  of the Court also shall serve on the Senior Assistant Attorney General the consent form used in

18  this court.

19         5.  Petitioner's April 16, 2009, request for appointment of counsel is denied without

20  prejudice.

21  DATED:  August 27, 2009.

22                                          EDMUND F. BRENNAN
                                            UNITED STATES MAGISTRATE JUDGE

23

24

25

26